Amin Mgt LLC, Petitioner-Landlord-Respondent, 
against
Leoncio Martinez, Respondent-Tenant-Appellant, and Rafael Valentin, Julia Cuellar, Veronica P. Lara, "John Doe" and "Jane Doe," Respondents-Undertenants.



Tenant, as limited by his brief, appeals from that portion of an order of the Civil Court of the City of New York, Bronx County (Inez Hoyos, J.), dated October 18, 2016, which denied his motion to dismiss the holdover petition for failure to state a cause of action.




Per Curiam.
Order (Inez Hoyos, J.), dated October 18, 2016, insofar as appealed from, affirmed, without costs.
The notice to cure, incorporated by reference in the notice of termination, was a proper predicate for this illegal sublet/assignment holdover proceeding. Measured against the test of reasonableness in view of the attendant circumstances (see Oxford Towers Co., LLC v Leites, 41 AD3d 144, 144-145 [2007]), the notice sufficiently alleged, inter alia, that tenant had unlawfully sublet the rent stabilized apartment or assigned the lease to three named individuals without the written consent of the landlord in violation of Real Property Law § 226-b and Rent Stabilization Code (9 NYCRR) §§ 2524.3(h) and 2525.6. In such form, the notices were not impermissibly vague and fairly apprised tenant of the condition which landlord wished to have cured, namely, the removal of any occupants in possession as illegal subtenants or assignees (see Perle v Ross, 150 Misc 2d 20 [1991]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur 
Decision Date: May 24, 2017